[No. 45173-5-II.   Division Two.   February 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BARON DELL
ASHLEY, JR., *Appellant*.

The opinion in the above captioned case, which appeared
in the advance sheets at 185 Wn. App. 939-44, has not been
published in this permanent bound volume pursuant to an
order of the Court of Appeals dated May 27, 2015 withdraw-
ing the opinion and substituting a new opinion. See 187 Wn.
App. 908.